# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARLAN JEROME DEAN MAD PLUME,<br><br>Defendant. | CR 16-03-GF-BMM<br><br>**ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on September 6, 2016. Defendant admitted that he had violated the conditions of his pretrial release by consuming alcohol. Judge Johnston found the admission sufficient to establish the pretrial release violation. Judge Johnston recommended that this Court revoke Defendant's pretrial release and detain the Defendant pending trial because Defendant had previously violated the conditions of his pretrial release by consuming alcohol.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 57) are ADOPTED in full.

DATED this 4th day of October, 2016.

Brian Morris
United States District Court Judge